

US00D500545S

(12) **United States Design Patent**  (10) Patent No.:     **US D500,545 S**
Griffiths                                (45) Date of Patent:  ** **Jan. 4, 2005**

(54) BACKPLATE FOR USE WITH A SCUBA APPARATUS

(76) Inventor: John M. Griffiths, 1625 Rt. 211 East, Montgomery, NY (US) 10941

(**) Term: 14 Years

(21) Appl. No.: 29/178,478

(22) Filed: Mar. 26, 2003

(51) LOC (7) Cl. .................................................. 21-02
(52) U.S. Cl. .................................... D21/804; D21/801
(58) Field of Search ............................... D21/801, 803, D21/804, 805; D8/354, 349, 373; 248/313; 224/628, 250, 934, 907, 240, 660, 662–664, 671, 673, 246; D23/205, 206; 405/186, 187

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,957,183 | A | * | 5/1976 | Gadberry .................... 224/628 |
| 4,310,110 | A | * | 1/1982 | Dexter ....................... 224/246 |
| 5,607,258 | A | * | 3/1997 | Eungard ..................... 405/186 |
| 5,913,457 | A | * | 6/1999 | Mikell et al. ............... 224/628 |
| D415,013 | S | | 10/1999 | Griffiths |
| 6,183,164 | B1 | * | 2/2001 | Canella ...................... 405/186 |
| 6,409,429 | B1 | * | 6/2002 | Belloni ....................... 405/186 |
| D468,792 | S | * | 1/2003 | Jacoway et al. ........... D21/804 |

OTHER PUBLICATIONS

Deep Outdoors Freedom Harness, www.deepoutdoors.com/freedomharness.html; visited Jun. 9, 2003.
Halcyon: Secure Harness, www.halcyon.net.mc/harness.shtml; visited Jun. 9, 2003.
Zeagle Backplate BC Systems; www.zeagle.com/bc_backplate.htm; visited Jun. 9, 2003.

* cited by examiner

*Primary Examiner*—Lucy Lieberman
(74) *Attorney, Agent, or Firm*—Schweitzer Cornman Gross & Bondell LLP

(57)         **CLAIM**

The ornamental design for a backplate for use with a scuba apparatus, as shown and described.

DESCRIPTION

FIG. 1 is a front view of a backplate for use with a scuba apparatus, showing my new design;
FIG. 2 is a right side view thereof, the left side being a mirror image thereof;
FIG. 3 is a bottom view thereof;
FIG. 4 is a rear view thereof; and,
FIG. 5 is a top view thereof.

**1 Claim, 2 Drawing Sheets**





EXH A

U.S. Patent        Jan. 4, 2005     Sheet 1 of 2         US D500,545 S



FIG.1            FIG.2

FIG.3

**U.S. Patent**      Jan. 4, 2005      Sheet 2 of 2      **US D500,545 S**



FIG.4



FIG.5