

JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John M. Griffiths and Ocean Management Systems, Inc., Plaintiff<br><br>-v-<br><br>Saratoga Horseworks Ltd.,<br><br>Defendant | Case No.<br><br><br>RECEIVED<br>JUN 1 5 2007<br>S.D.N.Y.<br>CASHIERS<br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Plaintiffs__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: __June 13, 2007__

_/s/ G. Bordel_
Signature of Attorney

Attorney Bar Code: JB8521

Form Rule7_1.pdf