**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN M. GRIFFITHS and <br> OCEAN MANAGEMENT SYSTEMS, INC, <br><br> Plaintiffs, <br><br> v. <br><br> SARATOGA HORSEWORKS LTD., <br><br> Defendant. | Civil Case No: 1:07-cv-05722-BSJ-DCF <br> CM/ECF |

**7.1. DISCLOSURE STATEMENT**

Defendant, Saratoga Horseworks Ltd. does not have a parent corporation and is not a publicly held corporation.

Dated: September 6, 2007

                                       Respectfully submitted,

                                       SCHMEISER, OLSEN & WATTS, LLP

                                 By:  S/ _____
                                       Arlen L. Olsen, Esq.
                                       Bar Roll No.: AO9905
                                       Attorneys for Defendant
                                       22 Century Hill Drive, Suite 302
                                       Latham, NY 12110
                                       Telephone: (518) 220-1850
                                       Facsimile: (518) 220-1857