UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

JOHN M. GRIFFITHS and
OCEAN MANAGEMENT SYSTEMS, INC.,

        Plaintiffs,

v.

SARATOGA HORSEWORKS LTD.,

        Defendant.

------------------------------------------------------------------ x

Civil Action No. 07-CV-5722
(BSJ)(DF)

### INITIAL SCHEDULING ORDER

The following schedule shall control proceedings in this action:

| | |
|---|---|
| Deadline for exchange of Rule 26(a) disclosures | August 6, 2008 |
| Motions to amend pleadings or to join additional parties to be submitted by | August 13, 2008 |
| Parties to serve initial document requests and interrogatories | August 20, 2008 |
| Fact discovery to be completed by | December 4, 2008 |

Dated:

SO ORDERED: 6/27/08

_____
Debra Freeman, U.S. Magistrate Judge